IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY C. WICKER, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 20-4771 |
| | : | |
| KILOLO KIJAKAZI,[1] ACTING COMMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION, | : : : : | |
| | : | |
| Defendant. | : | |

**ORDER**

**AND NOW**, this 28th day of January, 2022, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 20), Defendant's Response thereto (Doc. No. 23), and Plaintiff's Reply (Doc. No. 24), **IT IS HEREBY ORDERED** that:

1. Plaintiff's Request for Review is **DENIED**;

2. **JUDGMENT IS ENTERED** in favor of Defendant; and

3. The Clerk of the Court shall mark this case **CLOSED**.

BY THE COURT:

*/s/ Marilyn Heffley*
MARILYN HEFFLEY
UNITED STATES MAGISTRATE JUDGE

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Ms. Kijakazi should be substituted for the former Commissioner of Social Security, Andrew Saul, as the Defendant in this action. No further action need be taken to continue this case pursuant to Section 205(g) of the Social Security Act. 42 U.S.C. § 405(g).